**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------X

In re:
FIRESTAR DIAMOND, INC., et al.,

Debtors.

----------------------------------------------------------------------X

NIRAV MODI,

Plaintiff-Appellant,

25 **CIVIL** 9434 (AT)

-against-

**JUDGMENT**

RICHARD LEVIN, Trustee for the Liquidating Trust of Firestar Diamond, Inc.,

Defendant-Appellee.

----------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 30, 2026, Modi's motion for leave to appeal is DENIED, and this action is DISMISSED; accordingly, the case is closed.

**Dated:** New York, New York
August 3, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**